IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ARLIS VALENZUELA,

    Plaintiff,                    No. CIV S-07-1518 GEB EFB P

    vs.

J. NICK, et al.,

    Defendants.           <u>ORDER</u>

                              /

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint as directed in the April 9, 2008, order. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, plaintiff's May 12, 2008, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

    So ordered.

Dated: May 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE