IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ARLIS VALENZUELA,

    Plaintiff,                    2:07-cv-1518-GEB-EFB-P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.           ORDER
_____/

        Plaintiff is a state prisoner proceeding in pro se in this civil rights action asserting claims under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.  The magistrate judge filed findings and recommendations on July 8, 2008.  Plaintiff filed objections to those recommendations on July 21, 2008.  The court has carefully reviewed the findings and recommendations and plaintiff's objections thereto.  For the reasons set out in the recommendations and discussed below, the court adopts the findings and recommendations and dismisses this action.

        On April 9, 2008, the court dismissed plaintiff's initial complaint for failure to state a cognizable claim against any defendant.  That order explained with particularity the complaint's deficiencies.  It gave plaintiff 30 days to file an amended complaint correcting those

1  deficiencies and warned plaintiff that failure to file an amended complaint would result in a
2  recommendation that this action be dismissed for failure to state a claim.  Plaintiff failed to file
3  an amended complaint and, on July 8, 2008, the magistrate judge recommended that this action
4  be dismissed for plaintiff's failure to state a claim..

Plaintiff's objections assert that on June 3, 2008, he mailed an amended complaint to the court.  He attached to his objection a complaint dated May 30, 2008 which he claims was sent to the court.  The court has reviewed the docket and finds that no complaint was filed on or around that date.  However, even if that attachment had been submitted and filed as an amended complaint, if fails to correct the deficiencies discussed by the magistrate judge.  Indeed, it is identical to the initial complaint that the magistrate judge found failed to state a claim.  Thus, the purported amended complaint presented with plaintiff's objections still does not correct the deficiencies that the magistrate judge identified in his order of dismissal with leave to amend.  Plaintiff has been presented with opportunities to state a claim and it is clear that he has not been able to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including the complaint and the amended complaint, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 8, 2008, are adopted in full;

2. This action is dismissed for failure to state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

Dated:  September 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge